AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

       DEC 21 2011

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

United States of America )
v. ) Case No. 2:11-mj-801-CWH
Kanya Tennysha Coleman ) Charging District: Northern District of CA
  *Defendant* ) Charging District's Case No. CR11-00904

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Oakland, CA |
|---|---|
| Courtroom No.: | Magistrate Judge Donna Ryu's courtroom |
| Date and Time: | January 3, 2012, 9:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 21, 2011

_____
*Judge's signature*

CARL W. HOFFMAN, U.S. MAGISTRATE JUDGE
*Printed name and title*